DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: darren.brenner@akerman.com
Email: allison.schmidt@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>DESERT PINE VILLAS HOMEOWNERS ASSOCIATION; ALESSI & KOENIG, LLC; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00448-APG-VCF<br><br>**STIPULATION AND ORDER FOR COST BOND** |

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP (**BANA**) and defendant SFR Investments Pool 1, LLC (**SFR**) hereby stipulate and agree as follows:

//
//
//
//
//
//
//
//
//

1

1. Pursuant to NRS 18.130(1) and the request for cost bond filed by SFR as DKT NO. 11, BANA shall deposit with the Clerk of the Court a cost bond in the amount of $500.

DATED this 4th day of April, 2016.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Allison R. Schmidt, Esq.*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>ALLISON R. SCHMIDT, ESQ.<br>Nevada Bar No. 10743<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>*Attorneys for Plaintiff* | */s/ Diana Cline Ebron, Esq.*<br>DIANA CLINE EBRON<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for Defendant SFR Investments Pool 1, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: April 5, 2016.

2