**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00448-APG-VCF |
| Plaintiff, | |
| v. | **ORDER STRIKING OVERSIZED BRIEF** |
| DESERT PINE VILLAS HOMEOWNERS ASSOCIATION, *et al.*, | |
| Defendants. | |

IT IS ORDERED that defendant Alessi & Koenig, LLC's memorandum of points and authorities in support of declaration of non-monetary status **(ECF No. 39) is STRICKEN** because it exceeds the page limits in Local Rule 7-3(b).

DATED this 22nd day of July, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE