DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JESSE A. RANSOM, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
   jesse.ransom@akerman.com

*Attorneys for Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>DESERT PINE VILLAS HOMEOWNERS ASSOCIATION; ALESSI & KOENIG, LLC; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00448-APG-VCF<br><br>**NOTICE OF DISASSOCIATION** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP; and LISA GARCIA, an individual,<br><br>Counter/Cross Defendants. | |

{40531190;1}                    1

1  Bank of America, N.A., Successor by merger to BAC Home Loans Servicing, LP, (BANA)
2  hereby provides notice Allison R. Schmidt, Esq., is no longer associated with the law firm of Akerman
3  LLP. **BANA** requests Ms. Schmidt be removed from the CM/ECF service list.
4  Akerman LLP will continue to represent **BANA** and requests DARRENT T. BRENNER,
5  ESQ., and JESSE A. RANSOM, ESQ. receive all future notices.
6  Respectfully submitted this 23rd day of January, 2017.

**AKERMAN LLP**

/s/ *Jesse A. Ransom, Esq.*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JESSE A. RANSOM, ESQ.
Nevada Bar No. 13565
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144

**COURT APPROVAL**

IT IS SO ORDERED.
Date: 1-23-2017

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Akerman LLP, and that on this 23rd day of January, 2017 and pursuant to FRCP 5, I caused to be served via the CM-ECF electronic filing system a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION**, to the following:

Thomas E. McGrath
Tyson & Mendes, LLP
8275 South Eastern Ave., Ste. 115
Las Vegas, NV 89123

Diane Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks. Esq.
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*

Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard
Suite 1100
Las Vegas, NV 89146

*/s/ Renee Livingston*
An employee of AKERMAN LLP

{40531190;1}                   3